IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Michele Laporte** | ) | No. 14 B 14564 |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, JOSEPH E. COHEN, Trustee herein state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on July 7, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                    BY:/s/ Joseph E. Cohen
                                                                          One of His Attorney

American InfoSource LP
As agent for TD Bank, USA
P.O. Box 248866
Oklahoma City, OK   73124-8866

Nationstar Mortgage
c/o Codilis & Associates
nd-three@il.cslegal.com

Michele LaPorte
1035 South Grace Street
Lombard, IL   60148

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov

John Carlin
jcarlin@changandcarlin.com