# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| LAPORTE, MICHELE D | § § | Case No. 14-14564 |
| Debtor | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 248,659.54 *(Without deducting any secured claims)* | Assets Exempt: 21,800.00 |
| Total Distributions to Claimants: 2,716.76 | Claims Discharged Without Payment: 99,728.27 |
| Total Expenses of Administration: 3,283.24 | |

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 235,737.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,283.24 | 3,283.24 | 3,283.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 102,246.42 | 8,502.61 | 8,502.61 | 2,716.76 |
| TOTAL DISBURSEMENTS | $ 337,983.42 | $ 11,785.85 | $ 11,785.85 | $ 6,000.00 |

  4)  This case was originally filed under chapter 7 on  04/18/2014 .  The case was pending for 30 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  10/18/2016           By:/s/JOSEPH E. COHEN
                                              Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

<div style="text-align:center">

## EXHIBITS TO
## FINAL ACCOUNT

</div>

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Ntl Bk/Ocwen Loan Service Attn: Bankruptcy P.O. Box 24738 West Palm Beach, FL 33416 | | 32,025.00 | NA | NA | 0.00 |
| | Nationstar Mortgage LLC Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 | | 203,712.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 235,737.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 34.50 | 34.50 | 34.50 |
| ADAMS-LEVINE | 2300-000 | NA | 4.24 | 4.24 | 4.24 |
| ASSOCIATED BANK | 2600-000 | NA | 90.00 | 90.00 | 90.00 |
| COHEN & KROL | 3110-000 | NA | 1,203.00 | 1,203.00 | 1,203.00 |
| JOSPEH E. COHEN, ATTORNEY | 3110-000 | NA | 601.50 | 601.50 | 601.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,283.24 | $ 3,283.24 | $ 3,283.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter 1 Cc 1000 Lafayette Blvd Bridgeport, CT 06604 | | 8,660.00 | NA | NA | 0.00 |
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 11,590.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 9,093.00 | NA | NA | 0.00 |
| | Cynthia A. Jaworski c/o Law Office of Thomas Popovich 3416 W. Elm Street McHenry, IL 60050 | | 50,000.00 | NA | NA | 0.00 |
| | Ocwen PO Box 6440 Carol Stream, IL 60197 | | 286.96 | NA | NA | 0.00 |


| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Bank, N.a. 1 Financial Pkwy Kalamazoo, MI 49009 | | 6,565.00 | NA | NA | 0.00 |
| | Target Po Box 9315 Minneapolis, MN 55440 | | 7,747.46 | NA | NA | 0.00 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 8,304.00 | 8,502.61 | 8,502.61 | 2,716.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 102,246.42 | $ 8,502.61 | $ 8,502.61 | $ 2,716.76 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-14564 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LAPORTE, MICHELE D | | | Date Filed (f) or Converted (c): | 04/18/14 (f) |
| | | | | 341(a) Meeting Date: | 05/15/14 |
| For Period Ending: | 10/18/16 | | | Claims Bar Date: | 10/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 519 Park View Circle , Fox Lake, Il 60020 | 258,944.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 1,543.00 | 0.00 | | 0.00 | FA |
|     Checking account with PNC | | | | | |
| 3. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
|     Misc used household goods | | | | | |
| 4. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
|     used clothing | | | | | |
| 5. Vehicles | 8,748.00 | 0.00 | | 6,000.00 | FA |
|     2012 Ford Focus 40,000 miles | | | | | |
| 6. Animals | 0.00 | 0.00 | | 0.00 | FA |
|     Dog, Cats. | | | | | |
| 7. Premium Money Market Account (u) | 580.54 | 0.00 | | 0.00 | FA |
| 8. 2013 Tax Refund (u) | 5,692.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $276,807.54 | $0.00 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SUBMITTED TFR TO US TEE June 23, 2016, 11:31 am

TRUSTEE HAS PREPARED HIS TFR & NFR - 6/10/16. TRUSTEE TO PREPARE HIS TFR & NFR - 01/20/16. TRUSTEE HAS SOLD CAR AND
WAITING FOR BAR DATE TO EXPIRE - Oct. 31, 2015. TRUSTEE TO FILE MOTION TO APPROVE SALE OF CAR July 30, 2015. TRUSTEE IS
NEGOTIATING WITH DEBTOR TO BUY BACK CAR FROM TRUSTEE - April 28, 2015. TRUSTEE TO FILE MOTION FOR TURNOVER OF CAR - Jan.

Case 14-14564   Doc 46   Filed 11/07/16   Entered 11/07/16 14:53:40   Desc Main
Document      Page 8 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-14564   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LAPORTE, MICHELE D | Date Filed (f) or Converted (c): | 04/18/14 (f) |
| | | 341(a) Meeting Date: | 05/15/14 |
| | | Claims Bar Date: | 10/20/15 |

18, 2015.  TRUSTEE IS DETERMINING IF DEBTOR WANTS TO BUY CAR BACK FROM TRUSTEE - June 26, 2014. NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/16      Current Projected Date of Final Report (TFR): 05/30/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-14564 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | LAPORTE, MICHELE D | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6322 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2237 | | |
| For Period Ending: | 10/18/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/02/15 | 5 | MICHELE D. LAPORTE | Sale of Vehicle | 1129-000 | 6,000.00 | | 6,000.00 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,970.00 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,960.00 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,950.00 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 4.24 | 5,945.76 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,935.76 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,925.76 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,915.76 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,905.76 |
| 07/29/16 | 300002 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Trustee Compensation | | | 1,384.50 | 4,521.26 |
| | | | Fees 1,350.00 | 2100-000 | | | |
| | | | Expenses 34.50 | 2200-000 | | | |
| 07/29/16 | 300003 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,203.00 | 3,318.26 |
| 07/29/16 | 300004 | JOSPEH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 601.50 | 2,716.76 |
| 07/29/16 | 300005 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866 | Claim 000001, Payment 31.95207% | 7100-000 | | 2,716.76 | 0.00 |

Page Subtotals 6,000.00 6,000.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-14564 -ABG |
| Case Name: | LAPORTE, MICHELE D |
| Taxpayer ID No: | *******2237 |
| For Period Ending: | 10/18/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6322 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8866 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 6,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 6,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6322 | 6,000.00 | 6,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)